**Opinion issued July 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00437-CV

_____

**DONTANIA LAN'EA BRADFORD, Appellant**

**V.**

**US BANK TRUST NATIONAL ASSOCIATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 5**
**Harris County, Texas**
**Trial Court Case No. 1274117**

---

## MEMORANDUM OPINION

Appellant Dontania Lan'ea Bradford, who is proceeding pro se, is appealing from a judgment in an eviction proceeding. Appellant has not paid the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence); *see also* TEX. GOV'T CODE §§ 51.207, 51.208,

51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024).

The Court advised appellant by notice that issued on May 21, 2026 that unless she paid the filing fee by June 22, 2026, the Court might dismiss the appeal. Appellant did not respond to the Court's notice. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan,